**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-CR-00377- BAH** |
| | : | |
| | : | |
| **ANTHONY ROBERT WILLIAMS,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE SEPTEMBER 17, 2021**
**STATUS CONFERENCE FOR 60 DAYS FILED OUT OF TIME**

The United States of America, through counsel, and Defendant Anthony Robert Williams, through counsel, hereby move this Court to grant its Joint Motion to Continue September 17, 2021 Status Conference for 60 days Filed Out of Time.  The Government and Defendant further move the Court to exclude the period of the continuance from the computation of time under the Speedy Trial Act.  In support of this motion, the parties state as follows:

1.    On July 17, 2021, the Court held a Status Conference in this case. The parties discussed that discovery had been provided to the parties, and that the Government would continue to supplement discovery.

2.    The Government has continued to supplement discovery.

3.    The parties have discussed the possibility of pretrial resolution of case, but have not decided upon the parameters of a plea agreement.

4.    On September 14, 2021, counsel for Defendant and the United States agreed that the Court's Status Conference, which is set for September 17, 2021, should be continued for approximately 60 days.  The parties in that discussion also agreed to exclude from the computation of time under the Speedy Trial Act the time between September 17, 2021 and the

next set Status Conference.  The parties also request that the Court conduct the next Status

Conference via videoconference.

      5.      The parties acknowledge that this filing is outside of the Court's requirement that

parties file motions to continue within 4 business days prior to said hearing. The parties therefore

file this motion out of time and submit that good cause exists to continue this hearing as there is

no additional information to provide to the Court regarding the status of this case.

      WHEREFORE, for the foregoing reasons, the Government and Defendant Anthony

Robert Williams respectfully request that the Court grant this Motion to Continue September 17,

2021 Status Conference for 60 days filed out of time, and further request that the Court exclude

the period from September 17, 2021 until the next Status Conference in this case from the

computation of time under the Speedy Trial Act.

      FEDERAL COMMUNITY DEFENDER

By: /s/ Benton C. Martin
BENTON C. MARTIN
Federal Community Defender, E.D. Michigan
613 Abbott St., Suite 500
Detroit, Michigan 48226
(313) 967-5832
benton_martin@fd.org

and

2

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


By:/s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov

## CERTIFICATE OF SERVICE

On this 14th day of September 2021, a copy of the foregoing was served on counsel of record for the parties via the Court's Electronic Filing System.

/s/__Anthony L. Franks_____
Anthony L. Franks
Assistant United States Attorney