UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:21-CR-00377- BAH |
| ANTHONY ROBERT WILLIAMS, | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, the United States and Defendant Anthony Robert Williams provide the following Joint Status Report:

a.   <u>Possibility of Early Resolution</u>

The parties have discussed the possibility of an early resolution of this case without trial. However, Mr. Williams has rejected the plea agreement proposed by the United States.

b.   <u>Speedy Trial Act</u>

The parties stipulate and agree that the Court should find that the time between January 21, 2022 and the trial of this matter shall be excluded under the Speedy Trial Act, in the interests of justice. The Court should find that period of time excludable under 18 U.S.C. § 3161(h)(1) & (7)(A). The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, for reasons including that Mr. Williams and his counsel have sufficient time to review the discovery in this case and fully prepare for trial.

    c.    <u>Motions Schedule</u>

The parties agree that the deadline for the parties to file pretrial motions is April 18, 2022. The parties must file their respective responses by April 29, 2022.

    d.    <u>Trial</u>

The parties believe that this case will require a jury trial that may take four to five days. The parties propose trial to commence on June 27, 2022; July 11, 2022; or September 19, 2022.

Respectfully submitted,

FEDERAL COMMUNITY DEFENDER

By: <u>/s/ Benton C. Martin</u>
BENTON C. MARTIN
Federal Community Defender, E.D. Michigan
613 Abbott St., Suite 500
Detroit, Michigan 48226
(313) 967-5832
benton_martin@fd.org

and

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:/s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov