# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.:  21-CR-377 (BAH) |
| v. | : | |
| ANTHONY ROBERT WILLIAMS, | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES
## IDENTITY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following facts.  The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

The below photographs are fair and accurate depictions of Anthony Robert Williams inside the U.S. Capitol Building on January 6, 2021.







| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| ANTHONY ROBERT WILLIAMS<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |

| | |
|---|---|
| BENTON C. MARTIN, Esq.<br>613 Abbott Street, Suite 500<br>Detroit, Michigan 48226<br>Benton_Martin@fd.org<br>(313) 967-5832 | ANTHONY FRANKS<br>Assistant United States Attorney<br>MO Bar No. 50217MO<br>Capitol Riot Detailee<br>(314) 539-3995<br>afranks@usa.doj.gov |
| JAMES R. GEROMETTA, Esq.<br>613 Abbott Street, Suite 500<br>Detroit, Michigan 48226<br>James_gerometta@fd.org<br>(313) 967-5839 | GRACE ALBINSON<br>NY Bar No. 4952697<br>Trial Attorney, U.S. Department of Justice<br>Capitol Riot Detailee<br>(202) 598-3276<br>grace.e.albinson@usdoj.gov |