# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|  | : | |
| v. | : | Case No. 21-cr-377 - BAH |
|  | : | |
| ANTHONY ROBERT WILLIAMS, | : | |
|  | : | |
| Defendant. | : | |

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY (Date & Time) |
|---|---|---|---|---|---|
| **Video Evidence** *Body-Worn Camera* | | | | | |
| 1.0 | Body Worn Camera footage of Metropolitan Police Officer S.H. | | | | |
| 1.1 | Body Worn Camera footage of D.C. Metropolitan Police Officer B.Y. | | | | |
| 1.2 | Body Worn Camera footage of D.C. Metropolitan Police Officer N.R. | | | | |
| 1.3 | Body Worn Camera footage of D.C. Metropolitan Police Officer K.A. | | | | |
| 1.4 | Body Worn Camera footage of D.C. Metropolitan Police Officer E.C. | | | | |
| *U.S. Capitol CCTV* | | | | | |
| 2.1 | CCTV footage of Exterior of Capitol at 1:59 p.m. | | | | |
| 2.2 | CCTV footage of Upper Terrace West at 2:12 p.m. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.3 | CCTV footage of Senate Wing Door at 2:11 p.m. | | | | |
| 2.4 | CCTV footage in the Crypt North at 2:15 p.m. | | | | |
| 2.5 | CCTV camera footage in the Crypt North at 2:19 p.m. | | | | |
| 2.6 | CCTV footage in the Crypt South at 2:24 p.m. | | | | |
| 2.7 | CCTV footage of Vice President Pence's motorcade leaving East side at 1:58 | | | | |
| 2.8 | CCTV footage in the Rotunda South at 2:35 p.m. | | | | |
| 2.9 | CCTV footage in the Rotunda South at 2:47 p.m. | | | | |
| 2.10 | CCTV footage in the Rotunda South at 2:52 p.m. | | | | |
| 2.11 | CCTV footage from the exterior of the Capitol at 2:11 p.m. | | | | |
| 2.12 | CCTV footage of Video of Pence and family exiting Senate Chamber at 2:25 p.m. | | | | |
| 2.13 | CCTV footage in the Rotunda North at 2:33 p.m. | | | | |
| 2.14 | CCTV footage in the Rotunda North at 2:40 p.m. | | | | |
| 2.15 | CCTV footage in Rotunda North at 2:50 p.m. | | | | |
| 2.16 | CCTV footage in the Rotunda North at 3:02 p.m. | | | | |
| 2.17 | CCTV footage in the Rotunda North at 3:11 p.m. | | | | |
| 2.18 | CCTV footage at the Rotunda Door Interior at 3:13 p.m. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.19 | CCTV footage at the Rotunda Doors Interior / East doors at 3:14 p.m. | | | | |
| 2.20 | CCTV footage at the Rotunda Door Interior / East doors 3:03 pm | | | | |
| 2.21 | CCTV Montage Video | | | | |
| | ***Open-Source Video*** | | | | |
| 3.0 | Video of Anthony Robert Williams in video posted to https://archive.org/details/capital-hill-occupy-ovfr-18/Capital+Hill+Occupy+-ovfr18.mp4 | | | | |
| 3.1 | YouTube Video of Northwest stairs | | | | |
| 3.2 | Certificate of Authenticity for Capitol Hill Occupy Video | | | | |
| 3.3 | Video of Anthony Robert Williams at top of Northwest Stairs | | | | |
| 3.4 | Getty Images Video of Anthony Robert Williams at top of Northwest stairs | | | | |
| 3.5 | Internet Video of Anthony Robert Williams at Northwest Stairs | | | | |
| | ***Anthony Robert Williams's Videos*** | | | | |
| 4.0 | Video of Former President Donald Trump Rally in Lansing, Michigan | | | | |
| 4.1 | Video on Northwest Stairs | | | | |
| 4.2 | Video in Crypt | | | | |
| 4.3 | Video of Rotunda | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | ***John Douglas Rahm III and Anthony Marriotto Video*** |  |  |  |  |
| 5.0 | Crypt Video Part 1 (Rahm III) |  |  |  |  |
| 5.1 | Crypt Video Part 2 (Rahm III) |  |  |  |  |
| 5.2 | Rotunda Video Part 1 (Rahm III) |  |  |  |  |
| 5.3 | Rotunda Video Part 2 (Rahm III) |  |  |  |  |
| 5.4 | Upper West Terrace (Anthony Marriotto) |  |  |  |  |
|  | **FBI**<br><br>***Williams Home Search*** |  |  |  |  |
| 6.0 | Photograph of Green Backpack |  |  |  |  |
| 6.1 | Photograph of HP Laptop |  |  |  |  |
| 6.2 | Photograph of Go Pro Device |  |  |  |  |
| 6.3 | Green Backpack |  |  |  |  |
| 6.4 | Go-Pro Device |  |  |  |  |
|  | ***Williams's Computer*** |  |  |  |  |
| 7.0 | HP Laptop Computer |  |  |  |  |
| 7.1 | Record 19 from Forensic Report - Williams at Former President Trump Rally |  |  |  |  |
| 7.2 | Record 1 from Forensic Report - Williams on Northwest Stairs |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 7.3 | Record 8 from Forensic Report - Williams in Crypt | | | | |
| 7.4 | Record 2 from Forensic Report - Williams in Rotunda | | | | |
| | ***Williams's Cellular Telephone*** | | | | |
| 8.0 | Williams's Cellular Telephone | | | | |
| 8.1 | Screenshot of Cellular Telephone Screen | | | | |
| | **Social Media**  ***Williams's Facebook Account*** | | | | |
| 9.0 | Facebook posts 11/4/20-11/5/20 | | | | |
| 9.1 | Facebook posts 11/5/20-11/7/20 | | | | |
| 9.2 | Facebook chat 11/8/20 | | | | |
| 9.3 | Facebook posts 11/11/20 | | | | |
| 9.4 | Facebook posts 11/13/20 | | | | |
| 9.5 | Intentionally Left Blank | | | | |
| 9.6 | Facebook post 11/18/20 | | | | |
| 9.7 | Facebook comment 11/20/20 | | | | |
| 9.8 | Facebook post 11/24/20 | | | | |
| 9.9 | Facebook comment 12/4/20 | | | | |

5

| | | | | | |
|---|---|---|---|---|---|
| 9.10 | Facebook post 12/6/20 | | | | |
| 9.11 | Facebook post 12/6/20 | | | | |
| 9.12 | Facebook post 12/7/20 | | | | |
| 9.13 | Facebook post 12/9/20 | | | | |
| 9.14 | Facebook chat 12/10/20 | | | | |
| 9.15 | Facebook chat 12/12/20 | | | | |
| 9.16 | Facebook comment 12/12/20 | | | | |
| 9.17 | Facebook chat 12/15/20 | | | | |
| 9.18 | Facebook comment 12/16/20 | | | | |
| 9.19 | Facebook post 12/19/20 | | | | |
| 9.20 | Facebook post 12/28/20 | | | | |
| 9.21 | Facebook comment 12/29/20 | | | | |
| 9.22 | Facebook post 12/30/20 | | | | |
| 9.23 | Facebook comment 12/30/20 | | | | |
| 9.24 | Facebook comment 12/30/20 | | | | |
| 9.25 | Facebook post 1/4/21 | | | | |
| 9.26 | Facebook post 1/5/21 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9.27 | Facebook comment 1/6/21 | | | | |
| 9.28 | Facebook comments 1/6/21 | | | | |
| 9.29 | Facebook comments 1/6/21 | | | | |
| 9.30 | Facebook comments 1/5/21-1/6/21 | | | | |
| 9.31 | Facebook post 1/6/21 | | | | |
| 9.32-A | Facebook post 1/7/21 | | | | |
| 9.32-B | Video posted to Facebook 1/7/21 | | | | |
| 9.33 | Facebook chat 1/9/21 | | | | |
| 9.34 | Facebook chat 1/9/21 | | | | |
| 9.35 | Certificate of Authenticity | | | | |
| | *Williams's Patriots.Win Account* | | | | |
| 10.0 | Patriots.Win – Partial Search Warrant Return | | | | |
| 10.1 | Certificate of Authenticity | | | | |
| 10.2 | Patriots.Win post, November 22, 2020 20:57 EST | | | | |
| 10.3 | Patriots.Win post, November 25, 2020 08:37 EST | | | | |
| 10.4 | Patriots.Win post, November 29, 2020 20:38 EST | | | | |
| 10.5 | Patriots.Win post, December 10, 2020 00:16 EST | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10.6 | Patriots.Win post, December 19, 2020 08:03 EST | | | | |
| 10.7 | Patriots.Win post, December 30, 2020 01:53 EST | | | | |
| 10.8 | Patriots.Win post, December 30, 2020 01:57 EST | | | | |
| 10.9 | Patriots.Win post, January 3, 2021 20:34 EST | | | | |
| 10.10 | Patriots.Win post, April 6, 2021 23:45 EST | | | | |
| 10.11 | Patriots.Win post, April 18, 2021 20:57 EST | | | | |
| 10.12 | Patriots.Win post, April 18, 2021 21:27 EST | | | | |
| 10.13 | Patriots.Win post, April 19, 2021 21:07 EST | | | | |
| 10.14 | Patriots.Win post, April 19, 2021 21:09 EST | | | | |
| 10.15 | Patriots.Win post, April 22, 2021 20:10 EST | | | | |
| 10.16 | Patriots.Win post, May 01, 2021 09:08 EST | | | | |
| 10.17 | Patriots.Win post, May 17, 2021 20:28 EST | | | | |
| 10.18 | Patriots.Win post, May 31, 2021 21:36 EST | | | | |
| 10.19 | Patriots.Win post, July 14, 2021 00:25 EST | | | | |
| 10.20 | Patriots.Win post, July 25, 2021 22:55 EST | | | | |

|      | **Google Search Warrant Return** |  |  |  |  |
|------|----------------------------------|--|--|--|--|
| 11.0 | Google subscriber information |  |  |  |  |
| 11.1 | Certificate of Authenticity - Google |  |  |  |  |
|      | **Maps & Demonstrative Aids** |  |  |  |  |
| 12.0 | Overview Map of Capitol Building and Grounds |  |  |  |  |
| 12.1 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined |  |  |  |  |
| 12.2 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background |  |  |  |  |
| 12.3 | Photo of Close-Up of Sign |  |  |  |  |
| 12.4 | Photo of Signs on Bike Barricades at Peace Circle |  |  |  |  |
| 12.5 | Diagram of Capitol Building (Ariel) |  |  |  |  |
| 12.6 | Still - 3d Model of Capitol (Facing west) |  |  |  |  |
| 12.7 | Diagram of Capitol Building (Poster) |  |  |  |  |
|      | **Yahoo Records** |  |  |  |  |
| 13.0 | Yahoo subscriber information |  |  |  |  |
| 13.1 | Certificate of Authenticity - Yahoo |  |  |  |  |
|      | **United States Secret Service Documents** |  |  |  |  |
| 14.0 | Secret Service Head of State Notification Worksheet |  |  |  |  |

9

|  | **Legal and Congressional Records** |  |  |  |  |
|---|---|---|---|---|---|
| 15.0 | U.S. Constitution – 12th Amd. |  |  |  |  |
| 15.1 | 3 U.S. Code § 15 |  |  |  |  |
| 15.2 | 3 U.S. Code § 16 |  |  |  |  |
| 15.3 | 3 U.S. Code § 17 |  |  |  |  |
| 15.4 | 3 U.S. Code § 18 |  |  |  |  |
| 15.5 | Senate Concurrent Resolution 1 (Jan. 3, 2021) |  |  |  |  |
|  | **House and Senate Records** |  |  |  |  |
| 16.0 | Video Montage – including Congressional Record (vol. 167, No. 4) at S13, S14, S18, H75, H76, H84, H85 and video footage from House and Senate |  |  |  |  |
| 16.1 | Screenshots from Senate chamber video at 2:13 pm, 2:13 pm, 2:46 pm, 2:49 pm, 3:04 pm, 3:09 pm |  |  |  |  |
| 16.2 | Screenshots from House chamber video at 2:14 pm, 2:16 pm, 2:18 pm, 2:44 pm, 2:50 pm |  |  |  |  |
| 16.3 | Video of Senate Floor |  |  |  |  |
| 16.4 | Video of House Floor |  |  |  |  |
| 16.5 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) |  |  |  |  |
| 16.6 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 16.7 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | | | |
| 16.8 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | | | |
| | **Stipulations** | | | | |
| 17.0 | Facebook | | | | |
| 17.1 | Patriots.Win | | | | |
| 17.2 | Identity | | | | |
| 17.3 | House and Senate Compilation Video | | | | |
| 17.4 | Williams's Cell Phone and Email Address | | | | |
| 17.5 | Closed Circuit Video Montage | | | | |
| 17.6 | Audio and Video Footage | | | | |
| 17.7 | Closed-Circuit Video Monitoring | | | | |
| 17.8 | Computer and Forensics Reports | | | | |
| 17.9 | Physical Items and Search Warrant Photographs | | | | |