EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.:  21-CR-377 (BAH)** |
|  | : |  |
| **v.** | : |  |
|  | : |  |
| **ANTHONY ROBERT WILLIAMS,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

<u>**STIPULATION OF THE PARTIES**</u>
<u>**FACEBOOK RECORDS**</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

The records from Facebook / Meta Platforms, Inc. are true and accurate copies of the subscriber records, account information, and correspondence such as posts, messages, chats, comments, reactions, and other communication to and from the Facebook account Mr.Anthony.R.Williams, account number ███████, which the parties stipulate was created and continuously operated by Anthony Robert Williams.

FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant


BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832


JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov


GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.:  21-CR-377 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY ROBERT WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## STIPULATION OF THE PARTIES
## PATRIOTS.WIN RECORDS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

The records from Patriots.Win. are true and accurate copies of the subscriber records, account information, and correspondence such as posts, messages, chats, comments, reactions, and other communication to and from the Patriot.Win account associated with the username ██████████.  The account associated with username ██████████ was created and continuously operated by Anthony Robert Williams.

FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant

_____
BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832

JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov

GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.:  21-CR-377 (BAH)** |
|  | : |  |
| **v.** | : |  |
|  | : |  |
| **ANTHONY ROBERT WILLIAMS,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

<u>**STIPULATION OF THE PARTIES**</u>
<u>**IDENTITY**</u>

  The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following facts.  The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

  The below photographs are fair and accurate depictions of Anthony Robert Williams inside the U.S. Capitol Building on January 6, 2021.







FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant


_____
BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832


JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov


GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.:  21-CR-377 (BAH)** |
| **v.** | : | |
| **ANTHONY ROBERT WILLIAMS,** | : | |
| **Defendant.** | : | |

**STIPULATION OF THE PARTIES
HOUSE AND SENATE COMPILATION VIDEO**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

On January 6, 2021, much of the proceedings taking place on the Senate and House floors were contemporaneously recorded by the Senate Recording Studio and the House Recording Studio, respectively. The Senate Recording Studio's purpose is to serve the Senate. The House Recording Studio's purpose is to serve the House.  Cameras on the Senate and House floors record activity occurring there. This footage is also broadcast through the Cable-Satellite Public Affairs Network (CSPAN). The video footage contained in Government's Exhibit 16.0 is a fair and accurate depiction of the events on the Senate and House floors on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way.  The video footage is authentic in that it is what it purports to be.

FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant


_____
BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832


JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov


GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **Case No.:  21-CR-377 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY ROBERT WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**STIPULATION OF THE PARTIES
CELL PHONE AND EMAIL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following facts.  The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

On March 26, 2021, pursuant to a search warrant authorized by a federal magistrate judge, the FBI seized from Anthony Robert Williams a cellular telephone, LG Stylo 6, serial number 012VTFW1897859.  The FBI photographed a screen on the phone that showed Anthony Robert Williams's email addresses and usernames, which were ███████@gmail.com with username Anthony Williams and ███████@yahoo.com with username ███████.  That screen is below:



During the timeframe of November 1, 2020 through January 31, 2021, Anthony Robert Williams's cell phone number was ▮▮▮▮▮▮▮, and his email addresses and usernames were ▮▮▮▮▮▮▮@gmail.com with username Anthony Williams and ▮▮▮▮▮▮▮@yahoo.com with username ▮▮▮▮▮▮▮.


FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant


_____
BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832


JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov


GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **Case No.:  21-CR-377 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY ROBERT WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**STIPULATION OF THE PARTIES REGARDING
CAPITOL POLICE CLOSED CIRCUIT VIDEO MONTAGE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the evidence contained in the below-referenced exhibit, or any of the facts listed herein:

The video footage contained in Government's Exhibit 2.21 was taken from cameras located inside and outside of the U.S. Capitol building and grounds.  The cameras from which the video footage was taken were operated and maintained by the United States Capitol Police.  The video footage contained in Government's Exhibit 2.21 is a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way.  The video footage is authentic in that it is what it purports to be.

FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant


_____
BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832


JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov

GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 1:21-cr-377 BAH** |
| **ANTHONY ROBERT WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

**TRIAL STIPULATIONS RELATED TO AUTHENTICITY**
**AND FOUNDATION OF AUDIO AND VIDEO FOOTAGE**

The United States of America, by and through Anthony Franks, Assistant United States Attorney and Grace Albinson, Assistant United States Attorney, and the Defendant, Anthony Robert Williams, and his attorney, Benton Martin, Assistant Federal Community Defender, agree and stipulate as follows.

The parties stipulate to the authenticity and foundation of the following audio and video footage. Specifically, the parties agree that the events depicted in the footage described next are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, any timestamps that appear on the recordings are accurate, the footage was not altered or edited in any way, and the footage is what it purports to be. The jury may accept the following facts as if they had been proved beyond a reasonable doubt at trial. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation.

1.    **Exhibits 1.0, 1.1, 1.2, 1.3, and 1.4** which consist of audio and video footage taken from body-worn cameras operated by the District of Columbia Metropolitan Police Department on January 6, 2021, including videos recorded on the U.S. Capitol grounds and inside the U.S. Capitol building.

1

2.      **Exhibits 2.1 to 2.20** are authentic copies of closed-circuit television (CCTV) footage that fairly and accurately shows the exterior of the Capitol Building on Capitol Grounds and inside the Capitol Building on January 6, 2021.  The timestamps and dates in the upper left corner of these exhibits are accurate.  Exhibits 2.1 to 2.6, 2.8 to 2.11 and 2.13 to 2.20 also fairly and accurately show the conduct of Anthony Robert Williams, law enforcement, and other individuals, on January 6, 2021. Exhibit 2.7 also fairly and accurately shows video of Vice-President Pence's motorcade leaving the east side of the Capitol.  Ex. 2.12. fairly and accurately shows Vice-President Pence, the Vice- President's wife Mrs. Karen Pence, and the Vice-President's daughter Charlotte Pence, and others leaving the Senate Chambers at approximately 2.25 p.m.

3.      **Exhibit 3.0**, which consists of audio and video footage taken throughout the afternoon of January 6, 2021 and posted to https://archive.org/details/capital-hill-occupy-ovfr-18/Capital+Hill+Occupy+-ovfr18.mp4, which fairly and accurately shows the conduct of Anthony Robert Williams, law enforcement, and other individuals, in the Rotunda on January 6, 2021.

4.      **Exhibit 3.3**, which consists of audio and video, which fairly and accurately shows footage taken of Anthony Robert Williams, law enforcement, and other individuals, at the base of the Northwest stairs on January 6, 2021.

5.      **Exhibit 3.4**, which consists of audio and video hosted by Getty Images, which fairly and accurately shows footage taken of Anthony Robert Williams, and other individuals, at the top of the Northwest stairs of the Capitol on January 6, 2021.

6.      **Exhibit 3.5**, which consists of audio and video hosted on the internet, which fairly and accurately shows footage taken of Anthony Robert Williams, and other individuals, outside

of the Senate Wing of the Capitol on January 6, 2021, and individuals other than Anthony Robert Williams entering the Capitol Building.

7.      **Exhibit 4.0**, which consists of audio and video footage that Anthony Robert Williams recorded and saved to his phone at approximately 3:08 p.m. on October 27, 2020, which fairly and accurately shows conduct at a rally for former President Donald Trump in Michigan.

8.      **Exhibit 4.1**, which consists of audio and video footage that Anthony Robert Williams recorded and saved to his phone at approximately 2:16 p.m. on January 6, 2021, which fairly and accurately shows Anthony Robert Williams, and other individuals, on the Northwest stairs of the Capitol.

9.      **Exhibit 4.2**, which consists of audio and video footage that Anthony Robert Williams recorded and saved to his phone at approximately 2:23 p.m. on January 6, 2021, which fairly and accurately shows Anthony Robert Williams, law enforcement, and other individuals while in a hallway adjacent to the Crypt followed and in the Crypt.

10.      **Exhibit 4.3**, which consists of audio and video footage that Anthony Robert Williams recorded and saved to his phone at approximately 2:43 p.m., which fairly and accurately shows Anthony Robert Williams and other individuals in the Rotunda.

11.      **Exhibit 5.0** which consist of audio and video footage from John Douglas Rahm III's Go-Pro device, which fairly and accurately shows Anthony Robert Williams, law enforcement, and other individuals in the Crypt on January 6, 2021.

12.      **Exhibit 5.1** which consist of audio and video footage from John Douglas Rahm III's Go-Pro device, which fairly and accurately shows law enforcement and other individuals in the Crypt, and walking to and in the Rotunda, on January 6, 2021.

13.     **Exhibit 5.2 and 5.3,** which consist of audio and video footage from John Douglas Rahm III's Go-Pro device, which fairly and accurately shows Anthony Robert Williams and other individuals on January 6, 2021 in the Rotunda.

14.     **Exhibit 5.4**, which consist of audio and video footage from Anthony Mariotto's phone, which was recorded at approximately 2:16 p.m. on January 6, 2021, which fairly and accurately shows Antony Robert Williams and other individuals at the Upper West Terrace at the top of the Northwest stairs.

FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant

_____
BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832

JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov

GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                              |   |                               |
|------------------------------|---|-------------------------------|
|                              | : |                               |
| **UNITED STATES OF AMERICA** | : | **Case No.:  21-CR-377 (BAH)** |
|                              | : |                               |
| **v.**                       | : |                               |
|                              | : |                               |
| **ANTHONY ROBERT WILLIAMS,** | : |                               |
|                              | : |                               |
| **Defendant.**               | : |                               |
|                              | : |                               |

<u>**STIPULATION OF THE PARTIES**</u>
<u>**UNITED STATES CAPITOL POLICE CLOSED CIRCUIT VIDEO MONITORING**</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following facts.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds.  The video equipment timestamps each recording with the date and time at which the footage is captured.  The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way.  The video footage is authentic in that it is what it purports to be.

FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant

_____
BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832

JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov

GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **Case No.:  21-CR-377 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY ROBERT WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**STIPULATION OF THE PARTIES
COMPUTER AND FORENSIC REPORTS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the authenticity and foundation of the following evidence. The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

A HP Laptop computer, (Model: HP 15-bw033wm) (Serial: CND7275LYG) (Government's Exhibit 7.0), was in the possession of Anthony Robert Williams on or around March 26, 2021, the date of execution of a search warrant, and was operated by Anthony Robert Williams on and around January 6, 2021.  The videos that are Government's Exhibits 4.0, 4.1, 4.2, and 4.3 were extracted from the computer and downloaded to the computer by Anthony Robert Williams. The FBI performed a forensic analysis on the computer and generated reports on these videos.  These reports are Government's Exhibits 7.1, 7.2, 7.3, and 7.4. The parties agree to the foundation and authenticity of these reports. The four videos listed above, Government's Exhibits 4.0, 4.1, 4.2, and 4.3, and the HP Laptop computer (Government's Exhibit 7.0), are fair and

accurate depictions of the HP Laptop computer and videos as they existed on March 26, 2021 and

the parties agree to the authenticity and foundation of this evidence.

FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant


_____
BENTON C. MARTIN, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832


JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov


GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No.:  21-CR-377 (BAH)** |
|   | **:** |   |
| **v.** | **:** |   |
|   | **:** |   |
| **ANTHONY ROBERT WILLIAMS,** | **:** |   |
|   | **:** |   |
| **Defendant.** | **:** |   |
|   | **:** |   |

**STIPULATION OF THE PARTIES
PHYSICAL ITEMS AND SEARCH WARRANT PHOTOGRAPHS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Anthony Robert Williams, with the concurrence of his attorney, agree and stipulate to the following facts.  The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

The green backpack, marked as Government Exhibit 6.3, and shown in the photograph marked as Government's Exhibit 6.0, the Go-Pro Device, marked as Exhibit 6.4, and shown in the photograph labeled Government's Exhibit 6.2, and the HP Laptop computer (Model: HP 15-bw033wm) (Serial: CND7275LYG), marked as Government's Exhibit 7.0, and shown in the photograph marked as Government Exhibit 6.1 were located by federal agents on or around March 26, 2021, at ███████████████████ Michigan, pursuant to a search warrant authorized by a federal magistrate judge. ████████████ was the residence of Anthony Robert Williams at the time the item was located.

FOR THE DEFENDANT

ANTHONY ROBERT WILLIAMS
Defendant

_____
Benton C. Martin, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832


JAMES R. GEROMETTA, Esq.
613 Abbott Street, Suite 500
Detroit, Michigan 48226
James_gerometta@fd.org
(313) 967-5839

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____
ANTHONY FRANKS
Assistant United States Attorney
MO Bar No. 50217MO
Capitol Riot Detailee
(314) 539-3995
afranks@usa.doj.gov

GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
(202) 598-3276
grace.e.albinson@usdoj.gov