# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :        Case No: 21-CR-00377 (BAH)
                                :
          v.                    :
                                :
ANTHONY ROBERT WILLIAMS,        :
                                :
          Defendant.            :

# VERDICT FORM

**Count One:** Obstruction of an Official Proceeding and Aiding and Abetting
(18 U.S.C. § 1512(c)(2) and 2)

_____           _____
Guilty                             Not Guilty

**Count Two:** Entering and Remaining in a Restricted Building or Grounds
(18 U.S.C. § 1752(a)(1))

_____           _____
Guilty                             Not Guilty

**Count Three:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds
(18 U.S.C. § 1752(a)(2))

_____           _____
Guilty                             Not Guilty

**Count Four:** Disorderly Conduct in a Capitol Building
(40 U.S.C. § 5104(e)(2)(D))

_____           _____
Guilty                             Not Guilty

**Count Five:**   Parading, Demonstrating, or Picketing in a Capitol Building
(40 U.S.C. § 5104(e)(2)(G))

_____  _____
Guilty  Not Guilty


Date:   June/July \_\_\_\_, 2022   _____
  Signature of Foreperson