UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. Action No. 21-377 (BAH)

v.

ANTHONY WILLIAMS,

        Defendant.
_____/

**NOTICE TO THE COURT
IN RESPONSE TO THE ORDER DATED JUNE 10, 2022**

The Court's minute order dated June 10, 2022, asked the defendant to file, by June 14, 2022, any objections to admission as evidence of the government's "highlighted" versions of Body Worn Camera and CCTV footage. After further review, Anthony Williams does not object to admission of the highlighted videos as evidence.

        Respectfully submitted,

        /s/ Benton C. Martin
        /s/ James R. Gerometta
        Federal Community Defender
        Eastern District of Michigan
        613 Abbott St., Suite 500
        Detroit, Michigan 48226
        Telephone:    (313) 967-5832
        Email: Benton_Martin@fd.org

Date: June 13, 2022