UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. Action No. 21-377 (BAH)

v.

ANTHONY WILLIAMS,

        Defendant.

_____/

**MOTION FOR LEAVE TO FILE RESPONSES UNDER SEAL**

Anthony Williams moves for permission to file his response to the Government's Motion in Limine to Exclude Use of Force Investigation under seal. The response discusses the subject matter of the motion, which itself is filed under seal. The government concurs in the filing of this response under seal.

        Respectfully submitted,

        /s/ Benton C. Martin
        Federal Community Defender
        Eastern District of Michigan
        613 Abbott St., Suite 500
        Detroit, Michigan 48226
        Telephone:   (313) 967-5832
        Email: Benton_Martin@fd.org

Date: June 14, 2022

CERTIFICATE OF SERVICE

A copy of this motion and the responses will be served on counsel for defendant Williams by electronic mail on June 14, 2022

        /s/ Jennifer Mellas
        Jennifer Mellas
        Paralegal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. Action No. 21-377 (BAH)

v.

ANTHONY WILLIAMS,

        Defendant.
_____/

**ORDER**

Upon consideration of defendant's motion, filed under seal, seeking to seal his response to the Government's Motion in Limine to Exclude Use of Force Investigation, it is hereby

ORDERED, that the motion is GRANTED.

Date:                                                _____
                                                         Chief District Judge Beryl A. Howell