UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

JUN 3 0 2022

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) CRIMINAL CASE NO. 21-377 (BAH)
)
ANTHONY ROBERT WILLIAMS )
)
Defendant )

### JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed with the courtroom deputy the exhibits that were admitted into evidence and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: _SEE ATTACHED_

_/s/_
Attorney for the plaintiff

Date: _6/30/22_

**Defendants:**

Exhibits: _____

_/s/_
Attorney for the defendant

Date: _6/30/22_

| Government | X |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES OF AMERICA

VS.

ANTHONY ROBERT WILLIAMS

Civil/Criminal No. 21-cr-377 - BAH

**FILED**

JUN 30 2022

Clerk, U.S. District and Bankruptcy Courts

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **Video Evidence- Body-Worn Camera** | | | | 11:50 AM  12:45 PM |
| 1.0 | Body Worn Camera footage of Metropolitan Police Officer S.H. | 6/28/2022 | 6/28/2022 | Sp. AGENT HUGHES | |
| 1.1 | Body Worn Camera footage of D.C. Metropolitan Police Officer B.Y. | | | | |
| 1.2 | Body Worn Camera footage of D.C. Metropolitan Police Officer N.R. | | | | |
| 1.3 | Body Worn Camera footage of D.C. Metropolitan Police Officer K.A. | | | | |
| 1.4 | Body Worn Camera footage of D.C. Metropolitan Police Officer E.C. | | | | |
| | **U.S. Capitol CCTV** | | | | |
| 2.1 | CCTV footage of Exterior of Capitol beginning at 1:59 p.m. | 6/28/2022 | 6/28/2022 | Sp. AGENT HUGHES | |
| 2.2 | CCTV footage of Upper Terrace West beginning at 2:12 p.m. | | | | |
| 2.3 | CCTV footage of Senate Wing Door beginning at 2:11 p.m. | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✗ 2.3A | Screen shot of Defendant in Senate Wing Door area | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| ✗ 2.4 | CCTV footage of Crypt North beginning at 2:15 p.m. | 6/29/2022 | 6/29/2022 | OFFICER LOPEZ | |
| ✗ 2.5 | CCTV footage of Crypt North beginning at 2:19 p.m. | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES OFFICER LOPEZ | |
| ✗ 2.6 | CCTV footage of Crypt South beginning at 2:24 p.m. | | | SP. AGENT HUGHES OFFICER LOPEZ | |
| ✗ 2.7 | CCTV footage of Vice President Pence's motorcade beginning at 1:58 p.m. | | | SP. AGENT HUGHES PAUL WADE | |
| ✗ 2.8 | CCTV footage of Rotunda South beginning at 2:35 p.m. | | | | |
| ✗ 2.9 | CCTV footage of Rotunda South beginning at 2:47 p.m. | | | | |
| ✓ 2.10 | CCTV footage of Rotunda South beginning at 2:52 p.m. | | | | |
| ✓ 2.11 | CCTV footage of exterior of Capitol beginning at 2:11 p.m. | | | CAPTAIN ORTEGA | |
| ✗ 2.11B | Screen shot of Inauguration Stage | | | CAPTAIN ORTEGA | |
| ✓ 2.12 | CCTV footage of Vice President Pence and family exiting Senate Chamber area beginning at 2:25 p.m. | | | PAUL WADE | |
| ✓ 2.13 | CCTV footage of Rotunda North beginning at 2:33 p.m. | | | | |
| ✗ 2.14 | CCTV footage of Rotunda North beginning at 2:40 p.m. | ↓ | ↓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.15 | CCTV footage of Rotunda North beginning at 2:50 p.m. | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| 2.16 | CCTV footage of Rotunda North beginning at 3:02 p.m. | | | SP. AGENT HUGHES OFFICER LOPEZ | |
| 2.17 | CCTV footage of Rotunda North beginning at 3:11 p.m. | | | | |
| 2.18 | CCTV footage of Rotunda Door Interior beginning at 3:13 p.m. | | | | |
| 2.19 | CCTV footage of Rotunda Door Interior / East doors beginning at 3:14 p.m. | | | | |
| 2.20 | CCTV footage of Rotunda Door Interior / East doors beginning at 3:03 pm | ↓ | ↓ | | |
| 2.21 | USCP Compilation video (CCTV) (20 minutes) | 2/28/2022 | 2/28/2022 | CAPTAIN TIGHE | |
| 2.22 | United States Capitol Police radio runs (2:10 p.m.) | 2/28/2022 | 2/28/2022 | CAPTAIN TIGHE | |
| 2.23 | Intentionally left blank | | | | |
| 2.24 | United States Capitol Police radio runs (2:26 p.m.) | 2/28/2022 | 2/28/2022 | CAPTAIN TIGHE | |
| 2.25 | United States Capitol Police radio runs (2:36 p.m.) | | | CAPTAIN TIGHE | |
| 2.26 | United States Capitol Police radio runs (2:39 p.m.) | | | CAPTAIN TIGHE | |
| 2.27 | United States Capitol Police radio runs (2:44 p.m.) | ↓ | ↓ | CAPTAIN TIGHE | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| ✓ 2.28 | United States Capitol Police radio runs (3:15 p.m.) | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE | |
| 2.29 | Intentionally left blank | | | | |
| 2.30 | United States Capitol Police radio run transcripts (Demonstrative) | | | | |
| ✓ 2.31 | CCTV footage of the Crypt East beginning at 2:20 p.m. | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| | **OPEN-SOURCE VIDEO** | | | | |
| ✗ 3.0 | Video posted to https://archive.org/details/capital-hill-occupy-ovfr-18/Capital+Hill+Occupy+-ovfr18.mp4 | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES OFFICER LOPEZ | |
| ✗ 3.1 | YouTube.com Video of Northwest Stairs | | | CAPTAIN ORTEGA SP. AGENT HUGHES | |
| ✓ 3.2 | Certificate of Authenticity for Capitol Hill Occupy Video | | | | |
| ✓ 3.3 | Anthony Robert Williams at Northwest Stairs on January 16, 2021 (Video by Jerry Braun) | | | SP. AGENT HUGHES CAPTAIN ORTEGA ANTHONY R. WILLIAMS | |
| ✗ 3.3A | Screenshot of Anthony Robert Williams at bike rack | | | | |
| ✗ 3.4 | Getty Images Video of Anthony Robert Williams at top of Northwest stairs | | | | |
| ✗ 3.5 | Internet Video of Anthony Robert Williams at Northwest stairs | ↓ | ↓ | | |
| | ***Anthony Robert Williams's Videos*** | | | | |
| ✗ 4.0 | Anthony Robert Williams on October 27, 2020 at former President Trump's Rally in Lansing, Michigan | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4.1 ✗ | Anthony Robert Williams at approximately 2:16 p.m. on January 6, 2021 on the Northwest stairs of the Capitol | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES ANTHONY R. WILLIAMS | |
| 4.2 ✗ | Anthony Robert Williams at approximately 2:23 p.m. on January 6, 2021 in hallway adjacent to the Crypt and in the Crypt | ↓ | ↓ | | |
| 4.3 ✗ | Anthony Robert Williams at approximately 2:43 p.m. in the Rotunda | ↓ | ↓ | SP AGENT HUGHES ANTHONY R. WILLIAMS | |
| | | | | | |
| | ***John Douglas Rahm III and Anthony Marriotto Videos*** | | | | |
| 5.0 ✗ | Crypt Video Part 1 (video by James Douglas Rahm III) | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| 5.0A ✗ | Screen shot of Anthony Robert Williams in the Crypt | | | | |
| 5.0B ✗ | Screen shot of Anthony Robert Williams in the Crypt | | | SP. AGENT HUGHES ANTHONY R. WILLIAMS | |
| 5.1 ✗ | Crypt Video Part 2 (video by James Douglas Rahm III) | | | CAPTAIN ORTEGA | |
| 5.2 ✗ | Rotunda Video Part 1 (video by James Douglas Rahm III) | | | | |
| 5.3 ✗ | Rotunda Video Part 2 (video by James Douglas Rahm III) | | | | |
| 5.4 ✗ | Upper West Terrace video (video by Anthony Marriotto) | ↓ | ↓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **FBI- *Williams Home Search*** | | | | |
| ✗ 6.0 | Photograph of Green Backpack | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| ✗ 6.1 | Photograph of HP Laptop | | | | |
| ✗ 6.2 | Photograph of Go Pro Device | | | | |
| ✓ 6.3 | Green Backpack | | | | |
| ✓ 6.4 | Go-Pro Device | | | | |
| ✓ 6.5 | Black hat | | | | |
| ✓ 6.6 | Black hat | | | | |
| ✓ 6.7 | Gas mask | ↓ | ↓ | | |
| | ***Williams's Computer*** | | | | |
| ✓ 7.0 | HP Laptop Computer | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| ✗ 7.1 | Record 19 from Forensic Report – Anthony Robert Williams at Former President Trump's Rally | | | | |
| ✓ 7.2 | Record 1 from Forensic Report – Anthony Robert Williams on Northwest stairs | ↓ | ↓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✗ 7.3 | Record 8 from Forensic Report – Anthony Robert Williams in Crypt | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| ✗ 7.4 | Record 2 from Forensic Report – Anthony Robert Williams in Rotunda | ↓ | ↓ | | |
| | | | | | |
| | ***Williams's Cellular Telephone*** | | | | |
| ✓ 8.0 | Williams's Cellular Telephone | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| ✗ 8.1 | Screenshot of Cellular Telephone Screen | 6/28/2022 | 6/28/2022 | | |
| | **Social Media** ***Williams's Facebook Account*** | | | | |
| ✗ 9.0 | Facebook posts 11/4/20-11/5/20 | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| ✗ 9.1 | Facebook posts 11/5/20-11/7/20 | | | | |
| ✗ 9.2 | Facebook chat 11/8/20 | | | | |
| ✗ 9.3 | Facebook posts 11/11/20 | | | | |
| ✗ 9.4 | Facebook posts 11/13/20 | ↓ | ↓ | | |
| 9.5 | Intentionally Left Blank | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 9.6 | Facebook post 11/18/20 | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| 9.7 | Facebook comment 11/20/20 | | | | |
| 9.8 | Facebook post 11/24/20 | | | | |
| 9.9 | Facebook comment 12/4/20 | | | | |
| 9.10 | Facebook post 12/6/20 | | | | |
| 9.11 | Facebook post 12/6/20 | | | | |
| 9.12 | Facebook post 12/7/20 | | | | |
| 9.13 | Facebook post 12/9/20 | | | | |
| 9.14 | Facebook chat 12/10/20 | | | | |
| 9.15 | Facebook chat 12/12/20 | | | | |
| 9.16 | Facebook comment 12/12/20 | | | | |
| 9.17 | Facebook chat 12/15/20 | ↓ | ↓ | | |
| 9.18 | Facebook comment 12/16/20 | ↓ | ↓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| 9.19 | Facebook post 12/19/20 | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES ANTHONY R. WILLIAMS | |
| 9.20 | Facebook post 12/28/20 | | | SP. AGENT HUGHES ANTHONY R. WILLIAMS | |
| 9.21 | Facebook comment 12/29/20 | | | SP. AGENT HUGHES ANTHONY R. WILLIAMS | |
| 9.22 | Facebook post 12/30/20 | | | SP AGENT HUGHES ANTHONY R. WILLIAMS | |
| 9.23 | Facebook comment 12/30/20 | | | | |
| 9.24 | Facebook comment 12/30/20 | | | SP. AGENT HUGHES ANTHONY R. WILLIAMS | |
| 9.25 | Facebook post 1/4/21 | | | SP AGENT HUGHES ANTHONY R. WILLIAMS | |
| 9.26 | Facebook post 1/5/21 | | | | |
| 9.27 | Facebook comment 1/6/21 | | | | |
| 9.28 | Facebook comments 1/6/21 | | | | |
| 9.29 | Facebook comments 1/6/21 | | | | |
| 9.30 | Facebook comments 1/5/21-1/6/21 | | | | |
| 9.31 | Facebook post 1/6/21 | ↓ | ↓ | | |
| 9.32A | Facebook post 1/7/21 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 9.32B | Video posted to Facebook 1/7/21 | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES ANTHONY R. WILLIAMS | |
| 9.33 | Facebook chat 1/9/21 | | | | |
| 9.34 | Facebook chat 1/9/21 | | | | |
| 9.35 | Certificate of Authenticity | | | | |
| 9.36 | Facebook post 11/14/20 | | | | |
| 9.37 | Facebook post 1/9/21 | ↓ | ↓ | | |
| | ***Williams's Patriots.Win Account*** | | | | |
| 10.1 | Patriots.Win – Certificate of Authenticity | | | | |
| 10.2 | Patriots.Win post, November 22, 2020 20:57 EST | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| 10.3 | Patriots.Win post, November 25, 2020 08:37 EST | | | | |
| 10.4 | Patriots.Win post, November 29, 2020 20:38 EST | | | | |
| 10.5 | Patriots.Win post, December 10, 2020 00:16 EST | | | | |
| 10.6 | Patriots.Win post, December 19, 2020 08:03 EST | ↓ | ↓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10.7 | Patriots.Win post, December 30, 2020 01:53 EST | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| 10.8 | Patriots.Win post, December 30, 2020 01:57 EST | | | | |
| 10.9 | Patriots.Win post, January 3, 2021 20:34 EST | | | | |
| 10.10 | Patriots.Win post, April 6, 2021 23:45 EST | | | SP. AGENT HUGHES ANTHONY R. WILLIAMS | |
| 10.11 | Patriots.Win post, April 18, 2021 20:57 EST | | | | |
| 10.12 | Patriots.Win post, April 18, 2021 21:27 EST | | | | |
| 10.13 | Patriots.Win post, April 19, 2021 21:07 EST | | | | |
| 10.14 | Patriots.Win post, April 19, 2021 21:09 EST | | | | |
| 10.15 | Patriots.Win post, April 22, 2021 20:10 EST | | | | |
| 10.16 | Patriots.Win post, May 01, 2021 09:08 EST | | | | |
| 10.17 | Patriots.Win post, May 17, 2021 20:28 EST | | | | |
| 10.18 | Patriots.Win post, May 31, 2021 21:36 EST | | | | |
| 10.19 | Patriots.Win post, July 14, 2021 00:25 EST | ↓ | ↓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10.20 | Patriots.Win post, July 25, 2021 22:55 EST | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| | **Google Search Warrant Return** | | | | |
| 11.0 | Google subscriber information | 6/28/2022 | 6/28/2022 | SP. AGENT HUGHES | |
| 11.1 | Certificate of Authenticity - Google | | | | |
| | | | | | |
| | **Maps & Demonstrative Aids** | | | | |
| 12.0 | Overview Map of Capitol Building and Grounds | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE | |
| 12.1 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE PAUL WADE | |
| 12.2 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE | |
| 12.3 | Photo of Close-Up of Sign | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE | |
| 12.4 | Photo of Signs on Bike Barricades at Peace Circle | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE | |
| 12.5 | Ariel Diagram of Capitol Building (Poster) | | | | |
| 12.6 | Still - 3d Model of Capitol (Facing west) | 6/29/2022 | 6/29/2022 | CAPTAIN ORTEGA | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12.7 ✓ | Diagram of Capitol Building (Poster) | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE SP. AGENT HUGHES | |
| 12.8 ✓ | Map - First Floor of Capitol Building | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE | |
| 12.9 ✓ | Map - Second Floor of Capitol Building | 6/28/2022 | 6/28/2022 | CAPTAIN TIGHE | |
| 12.10 | Map - First Floor of Capitol Building (Poster) | 6/28/2022 | | CAPTAIN TIGHE | |
| 12.11 | Map - Second Floor of Capitol Building (Poster) | 6/28/2022 | | CAPTAIN TIGHE | |
| | **Yahoo Records** | | | | |
| 13.0 | Yahoo subscriber information | | | | |
| 13.1 | Certificate of Authenticity - Yahoo | | | | |
| | **United States Secret Service Documents** | | | | |
| 14.0 ✓ | Secret Service Head of State email and notification | 6/29/2022 | 6/29/2022 | PAUL WADE | |
| | **Legal and Congressional Records** | | | | |
| 15.0 ✓ | U.S. Constitution – 12th Amendment | 6/29/2022 | 6/29/2022 | DANIEL SCHWAGER | |
| 15.1 ✓ | 3 U.S. Code § 15 | ↓ | ↓ | DANIEL SCHWAGER | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 15.2 | 3 U.S. Code § 16 | 6/29/2022 | 6/29/2022 | DANIEL SCHWAGER | |
| 15.3 | 3 U.S. Code § 17 | ↓ | ↓ | DANIEL SCHWAGER | |
| 15.4 | 3 U.S. Code § 18 | ↓ | ↓ | DANIEL SCHWAGER | |
| 15.5 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | ↓ | ↓ | DANIEL SCHWAGER | |
| | **House and Senate Records** | | | | |
| 16.0 | Video Montage – House and Senate floors | 6/29/2022 | 6/29/2022 | DANIEL SCHWAGER | |
| 16.1 | Intentionally left blank | | | | |
| 16.2 | Intentionally left blank | | | | |
| 16.3 | Intentionally left blank | | | | |
| 16.4 | Intentionally left blank | | | | |
| 16.5 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | | |
| 16.6 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | | |
| 16.7 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | 6/29/2022 | 6/29/2022 | DANIEL SCHWAGER | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 16.8 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | 6/29/2022 | 6/29/2022 | DANIEL SCHWAGER | |
| | Stipulations | | | | |
| 17.0 | Facebook | 6/28/2022 | 6/28/2022 | SP. AGENT M. HUGHES | |
| 17.1 | Patriots.Win | 6/28/2022 | 6/28/2022 | SP. AGENT M. HUGHES | |
| 17.2 | Identity | 6/28/2022 | 6/28/2022 | SP. AGENT M. HUGHES | |
| 17.3 | House and Senate Compilation Video | 6/29/2022 | STIPULATION READ ON THE RECORD. | | |
| 17.4 | Williams's Cell Phone and Email Address | 6/28/2022 | 6/28/2022 | SP. AGENT M. HUGHES | |
| 17.5 | Closed Circuit Video Montage | 6/28/2022 | 6/28/2022 | SP. AGENT M. HUGHES | |
| 17.6 | Audio and Video Footage | 6/28/2022 | 6/28/2022 | SP. AGENT M. HUGHES | |
| 17.7 | Closed-Circuit Video Monitoring | 6/28/2022 | 6/28/2022 | SP. AGENT M. HUGHES | |
| 17.8 | Computer and Forensics Reports | 6/20/2022 | 6/28/2022 | | |
| 17.9 | Physical Items and Search Warrant Photographs | 6/20/2022 | 6/28/2022 | | |