CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 30 2022

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

ANTHONY ROBERT WILLIAMS

Civil/Criminal No.: 21CR377 (BAH)

### NOTE FROM JURY

For count 2, did the defendant need to know that the Vice President was in the building and/or on the grounds in order to find the defendant guilty?

Date: 6/30/2022

Time: 12:15

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 30 2022

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: 21CR377 (BAH)
)
ANTHONY ROBERT WILLIAMS )
)

### NOTE FROM JURY

RE: Count 5: The initial paragraph uses "and", as in the phrase "paraded, demonstrated, and picketed. In the heading and in item #1, the word "or" is used. Which is correct? "AND" or "Or"?

Please define "picket" in the charge, if "And" is correct.

Date: 6/30/2022
Time: 1:09 pm

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 3 0 2022

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA )
)
vs. )  Civil/Criminal No.: 21CR377 (BAH)
)
ANTHONY ROBERT WILLIAMS )
)

## NOTE FROM JURY

We have arrived at an unanimous verdict on all five counts.

Date: 6/30/2022

Time: 14:15

FOREPERSON