UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA



**FILED**
JUN 30 2022
Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Case No. 21-377 (BAH) |
| ANTHONY ROBERT WILLIAMS, | Chief Judge Beryl A. Howell |
| Defendant. | |

## VERDICT FORM

**COUNT ONE:** Obstruction of an Official Proceeding and Aiding and Abetting, 18 U.S.C. §§ 1512(c)(2), 2

With respect to the offense of Obstruction of an Official Proceeding and Aiding and Abetting, we, the members of the jury, unanimously find defendant Anthony Robert Williams:

_____ NOT GUILTY       __✓__ GUILTY

**COUNT TWO:** Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1)

With respect to the offense of Entering and Remaining in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Anthony Robert Williams:

_____ NOT GUILTY       __✓__ GUILTY

**COUNT THREE:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2)

With respect to the offense of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Anthony Robert Williams:

_____ NOT GUILTY       __✓__ GUILTY

**COUNT FOUR:** Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D)

With respect to the offense of Disorderly Conduct in a Capitol Building, we, the members of the jury, unanimously find defendant Anthony Robert Williams:

_____ NOT GUILTY       __✓__ GUILTY

**COUNT FIVE:** Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G)

With respect to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, we, the members of the jury, unanimously find defendant Anthony Robert Williams:

\_\_\_\_\_ NOT GUILTY        √ GUILTY

DATE/TIME: 6/30/22  14:10

FOREPERSON'S SIGNATURE

2