```
    link: https://youtu.be/63kDilhdFIQ
content:
removed: 0
************************* 32. row *************************
 author: WARHAVOK66
created: 1608383018473

title: THE TWEET HAS BEEN SENT!!! JAN 6TH!!!
    link: https://media.patriots.win/post/1v7AINlm.jpeg content:
removed: 0
```

Time converted: Saturday, Dec. 19, 2020 08:03 EST

Goverment's Trial Exhibit 10.6