

**Time** 2020-12-30 17:21:10 UTC
**Type** Comments
**Summary** Anthony R. Williams commented on ▮▮▮▮ post. `Hitting DC in the 5-7th..you should pop thru! We gonna Storm the Swamp`
**Object Id** S: l2205S0733:1478823292320187:32

Goverment's Trial Exhibit
9.23