UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                              Criminal Case No. 21- 377 (BAH)

ANTHONY WILLIAMS,

            Defendant.
_____/

**UNOPPOSED MOTION TO FILE SENTENCING MEMORANDUM INSTANTER**

This Court's standing order directs the parties to file sentencing memorandums at least 10 *business* days before sentencing, which with the Labor Day holiday would have been September 1, 2022. (Dkt. 15, at 5.) I erroneously read the order to require filing 10 days before sentencing. I missed this issue in part because the final presentence report is typically disclosed before memorandums are filed in my primary jurisdiction of practice. I ask the Court to accept the untimely filing of the memorandum filed today. The government does not oppose.

                                                    Respectfully submitted,

                                                    s/ Benton C. Martin
                                                    FEDERAL COMMUNITY DEFENDER
                                                    613 Abbott St., Ste. 500
                                                    Detroit, MI  48226
                                                    313-967-5832
                                                   E-mail: Benton_Martin@fd.org

Date:  September 5, 2022