# EXHIBIT 1



Posobiec On Musk: 'Elon Bought Evidence' On The Establishment

💬 152   🔁 1,477   ♡ 5,514   ⬆



**Anthony Williams** @Look... · 4/26/22
November 2 was the Insurrection; January 6th was the protest!

💬 1   🔁   ♡ 1   ⬆



🔁 Anthony Williams Retweeted

**Michael Yon** @Michael_Yon · 4/21/22
Long Pig

Now on Chinese social media. "Human meat eating guide"