UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Case No. 1:21-cr-377 BAH |
| v. | : | |
| | : | |
| ANTHONY ROBERT WILLIAMS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### REPORT ON PHOTO AND VIDEO EVIDENCE SUPPORTING THE GOVERNMENT'S SENTENCING MEMORANDA

Pursuant to the Court's Order of September 8, 2022, the United States hereby submits this report on the photo and video evidence supporting its Sentencing Memoranda, ECF Nos. 120, 125.

| Government's Trial Exhibit No. | Source | Length | Relevant Timestamps | Location Depicted |
|---|---|---|---|---|
| 16.0 | Senate Recording Studio and the House Recording Studio | 15:04 | From 1:17 – 4:57 the commencement of the joint session is shown including Vice-President Michael Pence in the House and Senate Chambers. At 13:25 the Vice-President called the Senate to order. | House and Senate floors |
| 2.12 | CCTV footage of Vice President Pence and family exiting Senate Chamber area | 1:59 | Beginning to 1:16. | Senate Chamber area |
| 3.3 | Defendant Jerry Braun | 2:13 | Entire video. From 43 to 50 seconds, Anthony Robert Williams (Williams) is shown helping a rioter climb a bicycle rack to access the Northwest stairs The crowd of rioters is heard throughout the video shouting obscenities to the | Northwest Stairs of the Capitol |

| | | | police. The video also shows Williams and the rioters working together to access the Northwest stairs.<br>At 1:46 to 2:13 rioters are shown surrounding the police. | |
|---|---|---|---|---|
| 2.1 | CCTV footage of Exterior of Capitol | 14:00 | From 15 to 33 seconds a police officer is shown on the Northwest stairs using water to decontaminate his eyes.<br><br>At 10:45 rioters break the police line on the Northwest stairs.<br><br>From 12:17 to 12:40, and at 13:25, Williams is shown climbing up the Northwest stairs and is circled. | Exterior of the Capitol – Northwest stairs |
| 2.2 | CCTV footage of Upper Terrace West/Northwest Stairs | 1:00 | From 28 to 43 seconds, Williams is shown climbing the Northwest stairs, banging his flag on a door of the inauguration stage, and walking up the stairs to the Upper Terrace West. | Exterior of the Capitol – Northwest stairs |
| 4.1 | Video recorded by Williams | 3:30 | Entire video.<br><br>Williams is shown on the Northwest stairs of the Capitol and records himself proclaiming, "[w]e just stormed the stairs of the Capitol, pushed the cops back and were maced and pepper-sprayed, and hit everybody. Fuck that, we took this fucking building." | Exterior of the Capitol – Northwest stairs |

| | | | Williams can also be heard in the video stealing the police's water. | |
|---|---|---|---|---|
| 5.4 | Defendant Anthony Marriotto | 31 seconds | From 0:00 to 0:09, Williams is shown stealing the police's water. | Upper West Terrace |
| 3.5 | Open-source from internet | 42 seconds | Entire video. Williams is show in the video (with a green camouflage jacket, black skull cap, and holding an American flag) while he is outside the Senate Wing.<br><br>The fire alarm at the Senate Wing door can be heard from 27 to 39 seconds as rioters breach the door. | Outside of the Senate Wing |
| 2.3 | CCTV footage of Upper Terrace West | 8:00 | At 2:03, rioters breach the Senate Wing. From 7:29 to 8:00, Williams is shown entering the Capitol through the breached Senate Wing door, where broken glass is present, and then walking towards the Crypt. | Upper Terrace West |
| 4.2 | Video recorded by Williams in hallway adjacent to the Crypt and in the Crypt | 3:40 | Entire video. Williams records himself walking with rioters to the Crypt as rioters chant "traitor," "whose house? our house" and "USA!" Williams also records himself as his walks through the crowd in the Crypt to the police line there.<br>At 2:55, USCP Officer Juan Lopez is shown in the | Hallway adjacent to the Crypt and in the Crypt |

3

| | | | | |
|---|---|---|---|---|
| | | | police line. At 3:12, Williams records a "selfie" while he is near the front of the crowd. | |
| 2.5 | CCTV footage of Crypt North | 3:59 | From 1:53 to 2:58 of the video, Williams is shown entering the Crypt and walking through the crowd there directly towards the police line. | Crypt North |
| 5.0 | Defendant James Douglas Rahm III | 5:10 | At 1:58, Williams is shown towards the front of the crowd in the Crypt waving his American flag. He is dressed in a green camouflage jacket, with a black skull cap.<br><br>At 3:33 the rioters breach the police line.<br><br>From 3:51 to 4:56, Williams is shown overrunning the police in the Crypt.<br><br>At 3:52, Williams is within 2 to 5 feet of USCP Officer Juan Lopez (at 3:52), who was forced into a pillar by the crowd. | Crypt |
| 2.6 | CCTV footage of Crypt South | 2:59 | At 1:22, the rioters are shown overrunning the police in the Crypt.<br><br>From 1:36 to 2:16, Williams is shown with the crowd overrunning the police. He is circled. | Crypt South |
| 5.2 | Defendant James Douglas Rahm III | 1:32 | From 11 to 17 seconds, Williams is shown smoking marijuana in the Rotunda and stating, "Trump 2020 baby." | Rotunda |

| 4.3 | Video recorded by Williams | 1:34 | Entire video. Williams records himself in the Rotunda and states, "we took this fucking building," and that "you gotta do whatchu [sic] gotta do when shit gets fucking desperate," . . . "desperate times, desperate measures …Trump 2020 motherfucker." | Rotunda |
|---|---|---|---|---|
| 3.0 | Video posted to https://archive.org/details/capital-hill-occupy-ovfr-18/Capital+Hill+Occupy+-ovfr18.mp4 | 3:47 | At 1:52, Williams is shown locked in arms with another rioter as they resist the police trying to force rioters out of the Rotunda. | Rotunda |
| 1.0 | Body Worn Camera footage of Metropolitan Police Officer S.H. | 6:37 | At 5:42, Williams is shown yelling "social distance" as the police try to force him out of the Rotunda. | Rotunda |
| 2.19 | CCTV footage of Rotunda Door Interior / East doors | 3:00 | From 2:13 to 2:18, Williams is shown leaving the Capitol through the Rotunda door while waving his flag to the crowd outside the building. | Rotunda Door Interior/East |
| 9.32b | Williams' Facebook account | 3:28 | Entire video.<br><br>Williams posted this video to Facebook. Williams is shown on the Northwest stairs of the Capitol and records himself proclaiming, "[w]e just stormed the stairs of the Capitol, pushed the cops back and were maced and pepper-sprayed, and hit everybody. Fuck that, we took this fucking building." | Exterior of the Capitol – Northwest stairs |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Williams can also be heard in the video stealing the police's water. |  |
| 2.31 | CCTV footage of the Crypt East | 6:00 | At 5:14, rioters overrun the police in the Crypt. Williams is shown with this crowd at 5:36 as he waves his flag. Williams is circled. | Crypt South |

The government believes that all such photo and video evidence may be made publicly available without restriction.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            D.C. Bar No. 481052

By:     */s/ Anthony L. Franks*
          ANTHONY L. FRANKS
          Missouri Bar No. 50217MO
          Assistant United States Attorney
          Detailee – Federal Major Crimes United States Attorney's Office
          For the District of Columbia
          Telephone No. (314) 539-3995
          anthony.franks@usdoj.gov

          */s/ Grace Albinson*
          GRACE ALBINSON
          NY Bar No. 4952697
          Trial Attorney, U.S. Department of Justice
          Capitol Riot Detailee
          150 M Street, N.E.
          Washington, D.C. 20002
          (202) 598-3276
          Grace.E.Albinson@usdoj.gov