# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 21-377
)
Anthony Robert Williams )

## NOTICE OF APPEAL

Name and address of appellant: Anthony Robert Williams

Southgate, Michigan

Name and address of appellant's attorney: Benton C. Martin
Federal Community Defender
Eastern District of Michigan
613 Abbott St., Suite 500
Detroit, Michigan 48226

Offense: 18:1512(c)(2) and 2; 18:1752(a)(1); 18:1752(a)(2); 40:5104(e)(2)(D); 40:5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

Judgment imposed and entered September 16, 2022, imposing a total prison sentence of 60 months, a total of 36 months of supervised release, restitution of $2,000, and a fine of $5,000.

Name and institution where now confined, if not on bail: On bail.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/16/2022                             /s/ Anthony Robert Williams
DATE                                  APPELLANT
                                      /s/ Benton C. Martin
                                      ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?  YES [✓]  NO [ ]
Has counsel ordered transcripts?  YES [ ]  NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]  NO [✓]