# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-3067**　　　　　　　　　　　　　　　　**September Term, 2024**

**1:21-cr-00377-BAH-1**

**Filed On: September 12, 2024** [2074434]

United States of America,

    Appellee

  v.

Anthony Robert Williams,

    Appellant

## M A N D A T E

    In accordance with the order of September 12, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                     BY:   /s/
                              Selena R. Gancasz
                              Deputy Clerk

Link to the order filed September 12, 2024