UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                          Crim. Action No. 21-377 (BAH)

v.

ANTHONY WILLIAMS,

        Defendant.

_____/

**JOINT STATUS REPORT**

Defendant Anthony Robert Williams, through undersigned counsel, and joined by United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submit this joint status report pursuant to this Court's September 26, 2024, order. The parties are today submitting briefs explaining their respective positions regarding further proceedings. The defense asks this Court to schedule a resentencing hearing, and the government asks this Court for additional time to make a final decision on a potential new charge.

Respectfully Submitted,

| | |
|---|---|
| */s/ Benton C. Martin* | */s/ Isia Jasiewicz* |
| Benton C. Martin | Monika (Isia) Jasiewicz |
| Jean Pierre Nogues | Assistant United States Attorney |
| Federal Community Defender | D.C. Bar No. 102491 |
| 613 Abbott St. | U.S. Attorney's Office for the District of Columbia |
| Suite 500 | 601 D Street, N.W. |
| Detroit, MI 48226 | Washington, D.C. 20530 |
| (313) 967-5832 | (202) 714-6446 |
| benton_martin@fd.org | isia.jasiewicz@usdoj.gov |
| | |
| *Counsel for the Defendant* | *Counsel for the United States* |