UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                                                      Crim. Action No. 21-377 (BAH)

v.

ANTHONY WILLIAMS,

        Defendant.
_____/

**JOINT MOTION TO ADJOURN DATES**

      Defendant Anthony Robert Williams, and joined by United States of America, by and through its attorney, ask this Court to adjourn by 30 days the deadline for supplementary sentencing materials on December 13, 2024, and the resentencing on December 20, 2024. There are two reasons for the requested adjournment. First, the government expects to file an additional charge against Mr. Williams by the middle of next week. Second, Mr. Williams's mother, who he lived with and helped care for, died at the end of November 2024, and he is attending an out-of-town "celebration of life" for his mother this weekend in the area of Chicago, Illinois, expecting to return December 17, 2024. Mr. Williams and counsel prefer to avoid him traveling to D.C. to attend the resentencing so quickly after his mother's funeral.

      Respectfully Submitted,

| | |
|---|---|
| */s/ Benton C. Martin* | */s/ Isia Jasiewicz* |
| Benton C. Martin | Monika (Isia) Jasiewicz |
| Jean Pierre Nogues | Assistant United States Attorney |
| Federal Community Defender | D.C. Bar No. 102491 |
| 613 Abbott St. | U.S. Attorney's Office for the District of Columbia |
| Suite 500 | 601 D Street, N.W. |
| Detroit, MI 48226 | Washington, D.C. 20530 |
| (313) 967-5832 | (202) 714-6446 |
| benton_martin@fd.org | isia.jasiewicz@usdoj.gov |
| | |
| *Counsel for the Defendant* | *Counsel for the United States* |